IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENA MEYER,

        Plaintiff,                              No. CIV S-10-2786 LKK GGH PS

    vs.

SANTANDER CONSUMER
USA, et al.,                                   ORDER

        Defendants.
_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

        On August 10, 2011, plaintiff filed a request for the court to direct the U.S. Marshal to serve process on defendant. Plaintiff is informed that the Marshal was directed to serve process by this court's order of July 1, 2011. In that order, the U.S. Marshall was given ninety days to serve process. That ninety day period has not yet expired.

        Accordingly, IT IS ORDERED that: plaintiff's request for order directing service, filed August 10, 2011, (dkt. # 16), is denied as premature.

DATED: August 17, 2011

                                      /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Meyer2786.req.wpd