IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENA MEYER,

      Plaintiff,                                CIV. NO. S-10-2786 GGH PS

  vs.

SANTANDER CONSUMER USA,

      Defendant.                               <u>ORDER</u>

_____/

        This is a federal question action brought by plaintiff Lorena Meyer ("Plaintiff"), proceeding pro se and in forma pauperis, involving a claim for violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). It also includes supplemental state law claims for violation of California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq. ("RFDCPA") and invasion of privacy.[1]

        On December 30, 2011, the court granted defendant Santander Consumer USA's ("Defendant") motion to dismiss plaintiff's second amended complaint. (Dkt. No. 32.) The court dismissed plaintiff's FDCPA cause of action with prejudice and then declined to exercise supplemental jurisdiction over the remaining state law claims, which were dismissed without

---

[1] All parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c)(1). (Dkt. Nos. 15, 26.)

1

prejudice.  (Id.)  Consequently, the court entered judgment in favor of Defendant.  (Dkt. No. 33.)

Subsequently, on January 4, 2012, plaintiff filed a motion for reconsideration before the district judge pursuant to E.D. Cal. L.R. 303(c).  (Dkt. No. 34.)  However, because both parties have consented to the magistrate judge's jurisdiction (dkt. nos. 15, 26), the requirements of E.D. Cal. L.R. 303 do not apply.  See E.D. Cal. L.R. 301.  Instead, any motion for reconsideration must be brought before the undersigned.  Given that a final judgment has already been entered, the court will construe the instant motion as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

Defendant will be required to file an opposition to plaintiff's motion within fourteen (14) days of the date of service of this order.  After the filing of the opposition, the motion will be submitted on the papers.  The court will schedule a hearing if it later determines that oral argument is necessary.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant shall file an opposition to plaintiff's motion (dkt. no. 34) within fourteen (14) days of the date of service of this order.

2. After defendant's opposition is filed, the motion will be submitted on the papers.

DATED: January 9, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Meyer.2786.recon.opp.wpd