IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENA MEYER,

      Plaintiff,

  vs.                                      No. CIV. S-10-2786 GGH PS

SANTANDER CONSUMER USA,

      Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis in this action. This proceeding was referred to this court by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        On July 1, 2011, the court ordered the United States Marshal to serve process upon the defendant in this case within ninety (90) days. (Dkt. No. 11.) The United States Marshal's waiver of service form notifies a defendant that failure to waive service of summons would result in a requirement that defendant bear costs of such service unless it shows good cause for failure to return the waiver. <u>See</u> Fed. R. Civ. P. 4(d)(1); 28 U.S.C. § 566(c).

        On November 1, 2011, the United States Marshal filed a return of service with a USM-285 form showing total charges of $71.16 for effecting personal service on defendant Santander Consumer USA. (Dkt. No. 19.) The form shows that a waiver of service form was

1

mailed to the defendant on July 13, 2011, and that no response was received. (<u>Id</u>.) Along with the return of service, the United States Marshal filed a request for an order to reimburse the Marshal's service fees. (Dkt. No. 20.)

Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, that:

> An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. . . .
>
> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
> (A) the expenses later incurred in making service; and
> (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

The court finds that defendant Santander Consumer USA was given the opportunity required by Rule 4(d) to waive service and has failed to comply with the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days from the date of this order defendant Santander Consumer USA shall pay to the United States Marshal the sum of $71.16, unless within that time defendant files a written statement showing good cause for its failure to waive service. The court does not intend to extend this fourteen day period.

2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: January 20, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Meyer.2786.usmcost.wpd