1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LORENA MEYER,

11           Plaintiff,                          CIV. NO. S-10-2786 GGH PS

12       vs.

13   SANTANDER CONSUMER USA,

14           Defendant.                          ORDER

15   _____/

16           This is a federal question action brought by plaintiff Lorena Meyer, proceeding

17   pro se and in forma pauperis, involving a claim for violation of the federal Fair Debt Collection

18   Practices Act.  It also includes supplemental state law claims for violation of California's

19   Rosenthal Fair Debt Collection Practices Act and invasion of privacy.[1]  Defendant Santander

20   Consumer USA filed an answer on February 10, 2012.  (Dkt. No. 40.)

21           On March 8, 2012, plaintiff filed a "Verification Santander has Unclean Hands

22   and Motion to Amend Complaint if Necessary After Further Review."  (Dkt. No. 43.)  Plaintiff

23   failed to notice the motion for hearing in accordance with E.D. Cal. L.R. 230.  Nevertheless, after

24   reviewing the papers in support of the motion, the court concludes that further briefing and oral

25   _____

26           [1] All parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. §
     636(c)(1).  (Dkt. Nos. 15, 26.)

                                              1

1  argument would not be of material assistance in resolving the motion.

2        Rule 15 of the Federal Rules of Civil Procedure provides that "[a] party may

3  amend its pleading once as a matter of course within: (A) 21 days of serving it, or (B) if the

4  pleading is one to which a responsive pleading is required, 21 days after service of a responsive

5  pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

6  Fed. R. Civ. P. 15(a)(1).  "In all other cases, a party may amend its pleading only with the

7  opposing party's written consent or the court's leave.  The court should freely give leave when

8  justice so requires."  Fed. R. Civ. P. 15(a)(2).

9        In this case, defendant filed a motion to dismiss plaintiff's second amended

10 complaint pursuant to Fed. R. Civ. P. 12(b)(6) on November 14, 2011.  (Dkt. No. 21.)[2]  Plaintiff

11 did not amend her complaint, or file a motion to amend her complaint, within 21 days of service

12 with defendant's motion.  Accordingly, leave of court is required for further amendment to

13 plaintiff's complaint.

14       Although leave to amend should generally be freely given "when justice so

15 requires," plaintiff has failed to provide any basis for further amendment here.  Plaintiff's motion

16 indicates that she received notice of a proposed class action settlement involving Santander.  She

17 states that she "does not know the exact circumstances in each of the approximately 15,873

18 victim's [sic] cases, but it is possible Santander Consumer USA also intentionally induced or

19 forced default in these cases for profit."  (Dkt. No. 43 at 2.)  She claims that the class action lends

20 additional credence to her various claims against defendant Santander and shows that Santander

21 has unclean hands.  However, none of this information relates specifically to plaintiff's

22 individual claims against defendant.  Allegations regarding Santander's actions with respect to

23 third parties not involved in the instant case are extraneous and should not be included in the

24

25

26     [2] That motion was ultimately denied and defendant was ordered to answer the second amended complaint.  (Dkt. No. 39.)

1    pleadings in this action.  Accordingly, leave to amend is not warranted.[3]

2            The court also noted that plaintiff has recently filed several motions, including the

3    instant motion, without properly noticing the motion for hearing pursuant to the Local Rules.

4    Plaintiff must follow the procedures for filing and noticing motions outlined in E.D. Cal. L.R.

5    230 (for non-discovery motions) and 251 (for discovery motions).  Available hearing dates can

6    be obtained from the undersigned's courtroom deputy clerk at (916) 930-4199.  Plaintiff is put on

7    notice that any future motions not in compliance with the above-mentioned Local Rules and the

8    Federal Rules of Civil Procedure will be stricken.

9    CONCLUSION

10           For the reasons discussed above, IT IS HEREBY ORDERED that plaintiff's

11   motion to amend complaint (dkt. no. 43) is denied.

12   DATED: March 12, 2012

13                                    /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
14

15

16   GGH/wvr
     Meyer.2786.amend.wpd

17

18

19

20

21

22

23

24

25           [3] Indeed, it is not even clear whether plaintiff currently desires to amend her complaint
     given that the motion's caption reads "...Motion to Amend Complaint *If Necessary After Further*
26   *Review*."  (Dkt. No. 43 (emphasis added).)