IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENA MEYER,

      Plaintiff,                              CIV. NO. S-10-2786 GGH PS

    vs.

SANTANDER CONSUMER USA,

      Defendant.                             <u>ORDER</u>

_____/

        This is a federal question action brought by plaintiff Lorena Meyer, proceeding pro se and in forma pauperis, involving a claim for violation of the federal Fair Debt Collection Practices Act. It also includes supplemental state law claims for violation of California's Rosenthal Fair Debt Collection Practices Act and invasion of privacy.[1]

        On April 16, 2012, plaintiff filed a "rebuttal to defendant's objections to requests for discovery, and request for the court to reconsider there are new facts, etc." (Dkt. No. 49.) To the extent plaintiff's filing can be construed as a motion to compel, plaintiff has failed to comply with the requirements of E.D. Cal. L.R. 251. To the extent plaintiff's filing can be construed as

---

[1] All parties have consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c)(1). (Dkt. Nos. 15, 26.)

1

1 seeking some type of other relief, such as further leave to amend her complaint, plaintiff failed to
2 abide by the notice and filing requirements of E.D. Cal. L.R. 230.
3       In light of plaintiff's pro se status, the court previously referred plaintiff to the
4 applicable local rules outlining the procedure for how motions should be filed and noticed. (Dkt.
5 No. 45.) The court also provided plaintiff with some basic instruction regarding discovery
6 procedure and the filing of discovery motions. (Dkt. No. 44.) Plaintiff was cautioned on several
7 occasions that improperly noticed motions would be stricken. (Dkt. Nos. 45, 48.) Therefore, the
8 court will strike the instant motion for failure to follow the Local Rules and court orders.
9       Accordingly, for the reasons outlined above, IT IS HEREBY ORDERED that
10 plaintiff's "rebuttal to defendant's objections to requests for discovery, and request for the court
11 to reconsider there are new facts, etc." (dkt. no. 49) is STRICKEN.
12 DATED: April 19, 2012

          /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Meyer.2786.rebut.wpd